UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Scott N. Rogers

      v.                                  Civil No. 13-CV-322-LM

State of New Hampshire

O R D E R

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 4, 2014. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: December 4, 2014

cc:  Scott N. Rogers, pro se
     Elizabeth C. Woodcock, Esq.